UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PHILLIPS, | ) |
| Plaintiff, | ) Case No. 12-cv-05200 JRC |
| v. | ) |
| | ) **ORDER GRANTING APPLICATION** |
| MICHAEL J. ASTRUE, Commissioner of the | ) **TO PROCEED IN FORMA PAUPERIS** |
| Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff's application to proceed in forma pauperis (ECF No. 2) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 12th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1